# EXHIBIT A

# Digital Manga Distribution

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL219520 | THE THIEF INOUE AKIKAZU (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 4,515 |
| STK413404 | HIDEYUKI KIKUCHIS VAMPIRE HUNT | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 4,268 |
| STK312699 | LA ESPERANCA GN VOL 05 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,374 |
| STL240168 | ONLY THE FLOWER KNOWS GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,308 |
| STL226303 | DEADLOCK NEW PTG VOL 01 (MR) ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,246 |
| STL234068 | DEADLOCK GN VOL 03 (MR) (C: 1- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,196 |
| STK360777 | FAFNER DEAD AGGRESSOR NOVEL | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 3,195 |
| STL255831 | MR MINI MART GN (NEW PTG) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,062 |
| STK354262 | PARTY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 3,021 |
| STK357601 | LOVE LESSON GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,961 |
| STK360771 | CLEAR SKIES GN VOL 01 (OF 2) ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,955 |
| STK369079 | GOD OF DOGS GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,927 |
| STK357596 | DONT BLAME ME GN VOL 01 (OF 2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,853 |
| STL244068 | TWITTERING BIRDS NEVER FLY VOL | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,807 |
| STL217250 | WILD BOYFRIEND GN NEW PTG (A) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,729 |
| STK451378 | HIDEYUKI KIKUCHIS VAMPIRE HUNT | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,628 |
| STL210920 | ONLY THE FLOWER KNOWS VOL 01 ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,611 |
| STL252893 | HIDEYUKI KIKUCHIS VAMPIRE HUNT | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,571 |
| STL158928 | DEADLOCK GN VOL 02 (MR) (C: 1- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,540 |
| STK360789 | KNIGHTS GN VOL 01 (OF 2) (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,498 |
| STK360782 | HAPPINESS RECOMMENDED GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,392 |
| STK369092 | MILLENNIUM DARLING 2006 GN (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,387 |
| STK346609 | WORDS OF DEVOTION GN VOL 02 (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,238 |
| STK369084 | JUNIOR ESCORT GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,238 |
| STK402919 | YASHAKIDEN DEMON PRINCESS NOVE | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 2,229 |
| STK337306 | LITTLE CRY BABY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,214 |
| STK360783 | HARD ROCK GN (MR) (C: 0-1-2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,208 |
| STK357591 | ALL NIPPON AIRLINE PARADISE 30 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 2,002 |
| STK360794 | NEW BEGINNINGS GN (MR) (C: 0-1 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,973 |
| STK360769 | CANDY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,944 |
| STK299915 | LA ESPERANCA GN VOL 03 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,928 |
| STK360806 | SWEET REGARD GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,925 |
| STL204071 | TWITTERING BIRDS NEVER FLY VOL | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,904 |
| STK354263 | PRINCE CHARMING GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,850 |
| STK337286 | WORDS OF DEVOTION GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,843 |
| STL217249 | SAILOR MEN GN NEW PTG (A) (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,813 |
| STK346597 | LOVE BUS STOP GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,759 |
| STK369085 | KABUKI GN VOL 01 FLOWER (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,722 |
| STK360772 | DONT BLAME ME GN VOL 02 (OF 2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,720 |
| STK369108 | SUNFLOWER GN VOL 02 (OF 2) (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,695 |
| STK473341 | HIDEYUKI KIKUCHIS VAMPIRE HUNT | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,687 |
| STK312704 | PASSION GN VOL 03 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,641 |
| STL259797 | PURE LOVES SEXY TIME VOL 02 (O | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,608 |
| STK424795 | FAFNER DEAD AGGRESSOR GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,578 |
| STL283903 | NO TOUCHING AT ALL REVISED EDI | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,563 |
| STK337285 | CANT WIN WITH YOU GN VOL 01 (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,561 |
| STL248037 | DEADLOCK VOL 04 (OF 4) (MR) (C | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,557 |
| STL255765 | ONLY THE FLOWER KNOWS GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,535 |

56218656.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL274985 | AT THE FLOWER CAPITAL HANA NO | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,524 |
| STK346605 | STAR GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,479 |
| STK360808 | WILD BUTTERFLY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,473 |
| STK369073 | CLEAR SKIES GN VOL 02 (OF 2) ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,463 |
| STK463725 | BAD TEACHERS EQUATION GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,449 |
| STK418622 | FAFNER DEAD AGGRESSOR GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,438 |
| STK306831 | YELLOW GN VOL 04 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,411 |
| STK346587 | GARDEN DREAMS GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,403 |
| STK360793 | LOVING GAZE GN (MR) (C: 0-0-2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,397 |
| STK293984 | PRINCESS NINJA SCROLL TENKA MU | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,387 |
| STK369110 | TOMORROWS ULTERIOR MOTIVES GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,378 |
| STK357610 | THIRSTY FOR LOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,368 |
| STK357594 | CANT WIN WITH YOU GN VOL 03 (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,360 |
| STK346602 | PRINCE CHARMING GN VOL 01 (OF | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,312 |
| STL165891 | TYRANT FALLS IN LOVE GN VOL 11 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,298 |
| STK456145 | BAD TEACHERS EQUATION GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,282 |
| STK346578 | CANT WIN WITH YOU GN VOL 02 (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,280 |
| STK346600 | ORDINARY CRUSH GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,271 |
| STK326597 | MOON & SANDALS GN VOL 01 (C: 1 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,270 |
| STK346601 | PASSION GN VOL 04 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,256 |
| STK326594 | FLOWER OF LIFE GN VOL 02 (C: 1 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,247 |
| STL175322 | TWITTERING BIRDS NEVER FLY GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,204 |
| STK360807 | TODAYS ULTERIOR MOTIVES GN VOL | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,200 |
| STK357595 | COLOR OF LOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,196 |
| STL198512 | TWITTERING BIRDS NEVER FLY VOL | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,193 |
| STK326598 | JAZZ GN VOL 04 (MR) (C: 1-0-0) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,159 |
| STL263138 | TSUMASAKI NI KOUROZU GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,153 |
| STK326590 | LA ESPERANCA GN VOL 06 (C: 1-0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,104 |
| STK357605 | PRINCE CHARMING GN VOL 03 (OF | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,093 |
| STK458077 | BLUE SHEEP REVERIE GN VOL 05 ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,079 |
| STK337297 | LA ESPERANCA GN VOL 07 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,072 |
| STL248038 | PURE LOVES SEXY TIME VOL 01 (O | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,059 |
| STK337301 | PRINCESS PRINCESS GN VOL 03 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,056 |
| STK357599 | GREAT PLACE HIGH SCHOOL GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 1,014 |
| STK387366 | ANGELIC RUNES GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 985 |
| STK360773 | ENCHANTER GN VOL 08 (MR) (C: 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 978 |
| STK463726 | KIZUNA GN VOL 06 (OF 6) DLX ED | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 960 |
| STK357593 | CAMERA CAMERA CAMERA GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 960 |
| STK643813 | BLUE SHEEP REVERIE GN VOL 06 ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 930 |
| STK346607 | SUNFLOWER GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 920 |
| STK369095 | PASSIONATE THEORY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 910 |
| STK302775 | SWEET REVOLUTION GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 905 |
| STK312689 | CLOSE THE LAST DOOR GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 903 |
| STK337295 | ORDINARY CRUSH GN VOL 01 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 900 |
| STK360786 | HOT LIMIT GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 891 |
| STK340772 | DONT SAY ANYMORE DARLING GN (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 884 |
| STK360788 | KISS BLUE GN VOL 01 (OF 2) (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 868 |
| STK300828 | OUR KINGDOM GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 860 |
| STK340774 | NOT ENOUGH TIME GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 846 |
| STK369102 | SEA VIEW GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 845 |
| STK360790 | LIKE A LOVE COMEDY NOVEL (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 844 |
| STL266213 | I SHOULD NOT LOVE YOU GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 829 |
| STK360770 | CLEAR SKIES A CHARMING LOVE ST | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 799 |
| STK428694 | KIZUNA GN VOL 02 (OF 6) DLX ED | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 794 |
| STK357600 | HOT STEAMY GLASSES GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 786 |
| STK346595 | LAUGH UNDER THE SUN GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 778 |
| STK354259 | HEROES ARE EXTINCT GN VOL 03 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 770 |

56218656.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK326587 | FAKE FUR GN VOL 01 (MR) (C: 1- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 769 |
| STK387368 | BRILLIANT BLUE GN VOL 01 (OF 2 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 766 |
| STK357606 | RENAI SOUSA LOVE CONTROL GN VO | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 765 |
| STK354257 | EVERLASTING LOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 757 |
| STK369100 | ROMANTIC ILLUSIONS GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 748 |
| STK300829 | YELLOW GN VOL 03 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 739 |
| STK326595 | FLOWER OF LIFE GN VOL 01 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 738 |
| STL191313 | RECORD OF GLASS CASTLE SC GN ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 723 |
| STK337317 | PICNIC GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 686 |
| STK298788 | LA ESPERANCA GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 680 |
| STK387379 | MILLENNIUM PRIME MINISTER GN V | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 674 |
| STK357598 | FIRST STAGE OF LOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 671 |
| STK381999 | JUNIOR ESCORT GN VOL 02 (OF 4) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 669 |
| STK337289 | MOON & SANDALS GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 656 |
| STK312695 | JAZZ GN VOL 03 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 641 |
| STL266217 | ROMEO GN VOL 01 (OF 8) (RES) ( | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 639 |
| STK337304 | FLOWER OF LIFE GN VOL 03 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 639 |
| STK381997 | KABUKI GN VOL 03 MOON (MR) (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 633 |
| STK346580 | CRUSHING LOVE GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 632 |
| STK402918 | MILLENNIUM PRIME MINISTER GN V | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 620 |
| STK395598 | TAIMASHIN RED SPIDER EXORCIST | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 614 |
| STK312698 | LA ESPERANCA GN VOL 04 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 610 |
| STL188248 | MELODY OF IRON SC GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 605 |
| STK456147 | KIZUNA GN VOL 05 (OF 6) DLX ED | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 602 |
| STK520127 | OTODAMA VOICE FROM THE DEAD GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 600 |
| STK346577 | CAMERA CAMERA CAMERA GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 584 |
| STK414200 | YASHAKIDEN DEMON PRINCESS NOVE | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 581 |
| STK346606 | STOLEN HEART GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 576 |
| STK346598 | MANIC LOVE GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 576 |
| STK458075 | YASHAKIDEN DEMON PRINCESS NOVE | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 561 |
| STK283919 | TWILIGHT OF THE DARK MASTER GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 556 |
| STK326592 | SEVEN GN (MR) (C: 1-0-0) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 550 |
| STK346610 | WORLDS END GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 547 |
| STK312707 | RIN GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 535 |
| STK395587 | HAPPY BOYS GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 525 |
| STK421039 | CRIMSON CROSS GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 523 |
| STK346583 | DUETTO GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 497 |
| STK438099 | YASHAKIDEN DEMON PRINCESS NOVE | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 495 |
| STK369105 | SHY INTENTIONS GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 477 |
| STK346588 | GLASS SKY GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 475 |
| STK444741 | BAD TEACHERS EQUATION GN VOL 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 472 |
| STK307126 | IL GATTO SUL G GN VOL 02 (OF 3 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 471 |
| STK460035 | MOON & BLOOD GN VOL 03 (C: 0-0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 470 |
| STK300827 | OUR EVERLASTING GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 451 |
| STK405409 | HAPPY BOYS GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 439 |
| STK523947 | TAKASUGI SANS OBENTO GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 437 |
| STK357611 | VANILLA GN VOL 02 (MR) (C: 0-1 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 431 |
| STK458078 | DEPRESSION OF ANTI ROMANTICIST | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 415 |
| STK456146 | BORDER GN VOL 03 (MR) (C: 0-0- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 415 |
| STK444743 | KIZUNA GN VOL 04 (OF 6) DLX ED | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 413 |
| STK346589 | HEROES ARE EXTINCT GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 413 |
| STK346584 | ENCHANTER GN VOL 06 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 411 |
| STK369075 | DAWN OF LOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 411 |
| STL175316 | TWITTERING BIRDS NEVER FLY GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 401 |
| STK312713 | TIME LAG GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 391 |
| STK467845 | COUNTDOWN 7 DAYS GN VOL 03 (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 383 |
| STK357602 | LOVE TRAINING GN (MR) (C: 0-1- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 379 |

56218656.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK337312 | MEGAMI DLX GN VOL 01 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 372 |
| STK447423 | KABUKI GN VOL 04 GREEN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 371 |
| STK360799 | RED ANGEL GN VOL 01 (OF 2) (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 368 |
| STK444740 | STRANGE & MYSTIFYING STORY GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 362 |
| STK667199 | CAPTAIN KEN GN VOL 02 (C: 1-1- | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 344 |
| STK421051 | YASHAKIDEN DEMON PRINCESS NOVE | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 335 |
| STK464811 | MAOHDEN NOVEL VOL 01 (MR) (C: | 42 | DIGITAL MANGA DISTRIBUTION | 4 | BOOKS - NOVELS/SF/HORROR | 332 |
| STK409007 | TAIMASHIN RED SPIDER EXORCIST | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 324 |
| STK354261 | LOVE SHARE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 322 |
| STK360781 | GOLDEN PRINCE & ARGENT KING GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 320 |
| STK307129 | GORGEOUS CARAT GALAXY GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 303 |
| STK346592 | INVISIBLE BOY GN VOL 02 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 300 |
| STK346604 | SPELL GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 278 |
| STK360798 | RED GN (MR) (C: 0-0-2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 264 |
| STK409909 | YELLOW II GN VOL 02 (OF 3) (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 255 |
| STK466821 | MOON & BLOOD GN VOL 04 (OF 4) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 232 |
| STK346608 | VANILLA GN VOL 01 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 232 |
| STK467846 | REPLICA GN VOL 03 (C: 0-1-2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 211 |
| STK346586 | FROM UP ABOVE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 211 |
| STK409001 | INTENSE RAIN GN (MR) (C: 0-0-1 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 206 |
| STK307142 | OUR KINGDOM GN VOL 03 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 206 |
| STK360792 | LOVE SONG FOR THE MISERABLE GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 205 |
| STK520130 | TAKASUGI SANS OBENTO GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 202 |
| STL195019 | TWITTERING BIRDS NEVER FLY VOL | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 199 |
| STK442348 | GREAT PLACE HIGH SCHOOL STU CO | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 193 |
| STK418625 | TALE OF A WHITE NIGHT GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 157 |
| STK451379 | ITAZURA NA KISS GN VOL 07 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 151 |
| STK408998 | ALICE THE 101ST GN VOL 01 (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 148 |
| STK409002 | ITAZURA NA KISS GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 133 |
| STK447424 | MOON & BLOOD GN VOL 02 (OF 4) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 131 |
| STK307131 | DEAR MY SELF GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 127 |
| STK387378 | LUDWIG II GN VOL 02 (OF 2) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 121 |
| STK306832 | YOU & HARUJION GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 119 |
| STK287034 | ANTIQUE BAKERY VOL 2 GN | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 118 |
| STK432373 | COUNTDOWN 7 DAYS GN VOL 01 (MR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 109 |
| STK328710 | OUR KINGDOM GN VOL 05 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 109 |
| STK337305 | LA VIE EN ROSE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 107 |
| STK381987 | RIGHT HERE RIGHT NOW GN VOL 02 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 106 |
| STK382015 | TRAIN TRAIN GN VOL 01 (OF 3) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 96 |
| STK299913 | CAFE KICHIJOUJI GN VOL 03 (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 95 |
| STK349091 | L ETOILE SOLITAIRE GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 93 |
| STK287044 | PRINCESS NINJA SCROLL TENKA MU | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 91 |
| STK369077 | ENCHANTER GN VOL 10 (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 91 |
| STK287042 | OUR EVERLASTING GN VOL 01 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 78 |
| STK395597 | STEAL MOON GN VOL 02 (OF 2) (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 70 |
| STK325404 | RIN GN VOL 02 (MR) (C: 1-0-0) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 66 |
| STK625995 | DEPRESSION OF ANTI ROMANTICIST | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 64 |
| STK346603 | PRINCESS PRINCESS GN VOL 05 (M | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 63 |
| STK360780 | GENTLEMANS KISS GN VOL 01 (OF | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 61 |
| STK641218 | HENTAI PRINCE AND THE STONY CA | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STK299912 | ART OF LOVING GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 51 |
| STK467843 | ITAZURA NA KISS GN VOL 09 (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 48 |
| STK421042 | GARDEN SKY GN (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 47 |
| STK326589 | LOVEHOLIC GN VOL 01 (C: 1-0-0) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 47 |
| STK357597 | ENCHANTER GN VOL 07 (MR) (C: 0 | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 46 |
| STK326593 | WAGAMAMA KITCHEN GN VOL 01 (C: | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 42 |
| STK369087 | KNIGHTS GN VOL 02 (OF 2) (MR) | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 42 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL175124 | DAY I WAS FORCED TO MARRY GOD | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 31 |
| STK648492 | (USE OCT201708) TWITTERING BIR | 42 | DIGITAL MANGA DISTRIBUTION | 3 | BOOKS - GRAPHIC NOVELS | 27 |